[NOT FOR PUBLICATION-NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals

## For the First Circuit

No. 00-1606

UNITED STATES,

Appellee,

v.

JOSE PADILLA-GALARZA,

Defendant, Appellant.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

[Hon. Hector M. Laffitte, U.S. District Judge]

Before

Torruella, Chief Judge,
Boudin and Lipez, Circuit Judges.

Marlene Aponte Cabrera on brief for appellant.
Guillermo Gil, United States Attorney, Jorge E. Vega-Pacheco, Assistant United States Attorney, and Camille Velez-Rive, Assistant United States Attorney, on brief for appellee.

August 3, 2000

**Per Curiam**.  After a thorough review of the record and of the parties' submission, we affirm the order of detention based on dangerousness and risk of flight, for the reasons stated by the magistrate judge and district judge below.  We add only that the presumption in 18 U.S.C. § 3142(e) applied here, and we see virtually no evidence presented by appellant Jose Padilla-Galarza ("Padilla") which would rebut the presumption of dangerousness.  The only evidence tending to show Padilla might not return to drug trafficking if released – the commendations he received as a police officer – are wholly unconvincing, given the government's proffer that he engaged in drug trafficking while still a member of the force.

Affirmed.  1st Cir. Loc. R. 27(c).